THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUZ ROMAN, et al.,

    Plaintiffs,

v.

WAL-MART, et al.,

    Defendants.

: 3:19-CV-1469
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 26th DAY OF OCTOBER, 2021, Magistrate Judge Joseph F. Saporito having reported that the parties have settled the above-captioned action, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge